**IRENE R. MARTIN, a widow, v. S. A. FIELDS & COMPANY, a corporation.**

19 So. (2nd) 869                                             January Term, 1945
January 9, 1945                                              Division A

*Gorman & Hamlin,* for plaintiff in error.

*C. E. Duncan* and *C. Harold Hippler,* for defendant in error.

PER CURIAM:

This is a companion case to that of Irene R. Martin v. S. A. Fields & Company this day filed. The judgment here appealed from is affirmed on authority of that case.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD, and ADAMS, JJ., concur.